

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EXCO OPERATING CO., LLP | CIVIL NO: 10-1838 |
| VERSUS | JUDGE DONALD E. WALTER |
| EVELYN ARNOLD, ET AL. | MAGISTRATE JUDGE HAYES |

### JUDGMENT

Upon due consideration of the Special Master's Report and Recommendation, as well as all objections filed thereto, it is the Judgment of this Court that the factual findings and legal recommendations of the Special Master are adopted, except as modified in the foregoing Order.

**IT IS ORDERED** that the clerk is directed to return the funds held in the registry of the Court to Exco.

**IT IS FURTHER ORDERED** that Exco shall disburse the registry funds in accordance with the "Total Interest" column of the spreadsheet appended to the Special Master's Report and Recommendation and the foregoing Order.

The clerk is instructed to close this matter.

**THUS DONE AND SIGNED**, Shreveport, Louisiana, this the 30 day of August, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE