U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 18 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| EXCO OPERATING CO., LP | CIVIL NO: 10-1838 |
| VERSUS | JUDGE DONALD E. WALTER |
| EVELYN ARNOLD, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation [Doc. 254] is **ADOPTED**; and that the motion to award attorney's fees and costs [Doc. 232] filed by EXCO Operating Company, LP be **GRANTED IN PART**, and that EXCO Operating Company, LP be awarded fees and costs totaling $10,591.93, to be paid by the Clerk of Court out of the funds deposited in the registry of the court.

**IT IS FURTHER ORDERED** that the motion [Doc. 232] otherwise be **DENIED**.

**THUS DONE AND SIGNED** this 18 day of September 2014, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE